UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**MICHELE CICCONE,**

  Plaintiff,

v.                                    **No. 4:24-cv-00645-P**

**MERIDIAN SECURITY INSURANCE COMPANY,**

  Defendant.

# ORDER

  On February 13, 2025, the Court held a show-cause hearing in this matter so that the Parties could show cause why they should not be sanctioned for failing to comply with the Court's orders. Specifically, the Parties did not timely file a mediation report, nor did they mediate with the Court appointed mediator. Based on the Court's findings at that hearing, and having considered the least severe sanction, it is **ORDERED** pursuant to Local Rule 83.8(b), Rule 11, and the Court's inherent authority that the Parties are hereby sanctioned and shall pay into the registry of the Court $250 **on or before 4:30 p.m. February 14, 2025**. It is further **ORDERED** that the Parties mediate with the Honorable Magistrate Judge Rebecca Rutherford at 1:30 p.m., February 13, 2025, at 1100 Commerce Street, Room 1376W, Dallas, Texas 75242, and file a mediation report within seven days thereafter.

  Further, it is **ORDERED** that attorneys **Joseph John Synoradzki** and **Johali Mulibinge Muzaliwa** appear before the Court **at 8:00 a.m., February 20, 2025**, in the Fourth Floor Courtroom of the Eldon B. Mahon United Stated Courthouse and **SHOW CAUSE** why they should not be sanction for failing to comply with the Court's orders as laid out in the previous show-cause order, and for failing to comply with the Court's show-cause order requiring that "**ALL**

**COUNSEL**" appear at the February 13, 2025 hearing. ECF No. 28 (emphasis in original).

**SO ORDERED** on this **13th day of February 2025.**

_____
MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE