1          IN THE UNITED STATES DISTRICT COURT

2          FOR THE NORTHERN DISTRICT OF TEXAS

3                  FORT WORTH DIVISION

4    MICHELE CICCONE                )    CASE NO. 4:24-CV-00645-P
                                    )
5                                   )    FORT WORTH, TEXAS
     vs.                            )
6                                   )    FEBRUARY 13, 2025
     MERIDIAN SECURITY              )
7    INSURANCE COMPANY              )    8:15 A.M.

8                        VOLUME 1
               TRANSCRIPT OF SHOW CAUSE HEARING
9            BEFORE THE HONORABLE MARK T. PITTMAN
              UNITED STATES DISTRICT COURT JUDGE
10

11   A P P E A R A N C E S:

12   FOR THE PLAINTIFF:      ERIC B. DICK
                             Dick Law Firm, PLLC
13                           3701 Brookwoods
                             Houston, Texas  77092
14                           Telephone:  844.447.3234

15                           RICHARD L. ARNOLD
                             Richard Arnold Law
16                           100 Crescent Court
                             7th Floor
17                           Dallas, Texas  75201
                             Telephone:  214.459.2845
18
     FOR THE DEFENDANT:      COLIN R. BATCHELOR
19                           Clyde & Company
                             5605 N. MacArthur Blvd.
20                           Suite 560
                             Irving, Texas  75038
21                           Telephone:  214.492.5720

22   COURT REPORTER:         MONICA WILLENBURG GUZMAN, CSR, RPR
                             501 W. 10th Street, Room 310
23                           Fort Worth, Texas  76102
                             Telephone:  817.850.6681
24                           E-Mail:  mguzman.csr@yahoo.com

25   Proceedings reported by mechanical stenography, transcript
     produced by computer.

1                                      **INDEX**

2                                                   PAGE   VOL.

3

4    Appearances ................................3      1

5

6    By Mr. Dick ................................8      1

7

8    By Mr. Batchelor ..........................11      1

9

10   Court's Ruling ............................15      1

11

12   Proceedings Adjourned .....................16      1

13

14   Reporter's Certificate ....................17      1

15

16

17

18

19

20

21

22

23

24

25

**P R O C E E D I N G S**

*(February 13, 2025, 8:15 a.m.)*

1    *THE COURT:*  The next matter we have is Cause Number

2    4:24-CV-645-P, the matter of Ciccone vs. Meridian Insurance

3    Company.

4         Who do I have for plaintiff?

5         *MR. DICK:*  You have attorney Eric Dick, lead counsel

6    here.  I also brought my clients, and I have full settlement

7    authority pursuant to the Court's orders.  Thank you.

8         We're having a wonderful day.  Thank you for having

9    us this morning, Your Honor.

10        *THE COURT:*  Who are you?

11        *MR. ARNOLD:*  Richard Arnold, local counsel for the

12   plaintiffs.

13        *THE COURT:*  All right.  Thank you.  All right.  You

14   may be seated.

15        Who do I have for defense?

16        *MR. BATCHELOR:*  Colin Batchelor, here on behalf of

17   Meridian.  Also present is Melissa Tomlinson of Meridian with

18   full settlement authority.

19        *THE COURT:*  All right, gang.  This matter, somewhat

20   like my previous case, has been scheduled here today for a

21   show cause hearing.

22        In this case, the scheduling order required that

23   you-all mediate before Bryan Bruner, and then file a report.

1    The parties, on February the 7th, 2025, filed a joint status

2    report regarding the results of mediation.  The Court, in

3    reviewing that order *(sic)*, noted that it did not indicate who

4    you-all had mediated with, which, I've been doing this long

5    enough, indicated to me you probably had not used the mediator

6    ordered by the Court.

7            *MR. DICK:*  That would be correct, Your Honor.

8            *THE COURT:*  I didn't ask you to speak.

9            *MR. DICK:*  I'm sorry, Your Honor.  I was just --

10           *THE COURT:*  Okay.

11           *MR. DICK:*  I'm sorry.

12           *THE COURT:*  Moreover, it seemed to indicate

13    something about a pending amendment to the complaint in this

14    case, and a motion to amend that the Court needed to rule

15    upon.  I don't have anything pending seeking to amend the

16    complaint.  So, it certainly caused me to pay some close

17    attention.

18           Three days later, the parties amended their status

19    report.  I'm assuming it's prompting Mr. Bruner, who I called

20    to find out whether you had complied with my order; and he

21    said no one had scheduled the mediation with him.  So, I'm

22    assuming the reason, three days later, you-all had filed the

23    amended status result -- status report, rather, was to

24    indicate to me who you actually did mediate with, and it was a

25    mediator at Sparr Mediation in San Antonio.

1          We don't mediate Fort Worth cases with San Antonio

2     mediators.  I'm sure Mr. Sparr is a good mediator, but we do

3     things a little bit different here in Fort Worth.  Fort Worth

4     has a unique docket -- and I think, Mr. Dick, I may have told

5     you this when you came for the previous hearing that I had in

6     front of you -- the Court notes that I had to issue a previous

7     order to show cause back on August the 14th of 2024, because

8     you didn't have local counsel, and we went through this.

9          I have the busiest docket in the United States in a

10    division with only two judges.  We have the largest population

11    of any division in the entire country, that only has two

12    judges.  So, we have the same number of Federal judges as they

13    do in Tyler and Beaumont.  Obviously, Fort Worth is a lot

14    bigger than those places.  We tend to run a really fast

15    docket, because if we don't, as I indicated at the last

16    hearing, the thing craters.

17         So, I have found, as well as the other judges, that

18    it's important to use mediators that actually know the juries

19    and the judges and how we operate in the district, or you tend

20    to get into trouble.  Quite honestly, Mr. Dick, the same

21    reason you got in trouble in this case, you didn't have local

22    counsel the first time, and then you're here today for missing

23    the requirements of the rule and mediating with another.

24         And I realize that, in many respects, this is not a

25    large case, but when it comes to hailstorm cases, I can assure

1    you, Mr. Bruner knows how our juries and judges like to handle

2    things here.  That's why we do that.

3            But I do give you-all an out, and you have a certain

4    number of days to object to the mediator, and I'll consider

5    why we think maybe an out-of-town mediator might be better.

6    That wasn't done in this case, and that's why you're here

7    today.

8            I'll also note that the order setting the show cause

9    hearing today also required that all counsel needed to appear,

10   Mr. Batchelor.  I believe you have co-counsel in this case,

11   don't you?

12           *MR. BATCHELOR:*  Yes, Johali Muzaliwa.

13           *THE COURT:*  Where is he *(sic)*?

14           *MR. BATCHELOR:*  She lives in Houston.

15           *THE COURT:*  I don't care where she lives.  Where is

16   she at?

17           *MR. BATCHELOR:*  She's in Houston right now.

18           *THE COURT:*  Why didn't she appear?

19           *MR. BATCHELOR:*  Your Honor, quite honestly, I did

20   not --

21           *THE COURT:*  So that's -- that's the third time in

22   this case people have failed to either read the local rules or

23   the orders.  And you've been in front of me numerous times.

24   If anybody ought to know the requirement about mediators, it

25   ought to be you.

1          Every case that I've had up here against Meridian
2    Insurance, something ends up being messed up.  I know they're
3    owned by, what, Progressive now?
4          *MR. BATCHELOR:*  No, Your Honor.  Liberty Mutual.
5          *THE COURT:*  Okay.  Well, Liberty Mutual,
6    Progressive, or whatever.  I don't know if they're just
7    leaving them to flounder or what.
8          We've also had this conversation before, if you're
9    going to remove cases like this over here, you're going to
10   have to take the good with the bad.  I'm not sure why Liberty
11   Mutual thinks they get some advantage by having them over
12   here; I don't know why they don't trust our judges on the
13   other side of town.  This isn't Harris County, this isn't
14   Dallas County, this isn't maybe other places where you're used
15   to practicing.
16          I used to work over there.  I can assure you we have
17   good judges and juries.  I don't know what their thinking is,
18   but if you're going to remove small consumer hailstorm cases
19   to our busy docket, you need to comply with the rules to the
20   letter.  This is not the 16th District Court in Harris County.
21   This is a United States District Court with an extremely busy
22   docket.
23          Beginning in about 20 minutes, I've got about half a
24   day of criminal sentencings, and then the remainder of the day
25   I take up with civil cases.  I don't have time for this.

1          My local rules specifically say that upon giving

2    notice and an appearance or allowed appearance, the parties an

3    opportunity to show cause, the Court can impose disciplinary

4    actions against an attorney and make any appropriate

5    disciplinary action against a member of the bar for conduct

6    unbecoming a member of the bar, failure to comply with any

7    order of the Court, the inability to conduct litigation

8    properly.  So, here we are.

9          We'll start with you, Mr. Dick.  Why didn't you

10   comply with my order?

11         *MR. DICK:*  Thank you, Your Honor, for the

12   opportunity to be heard.  I'm sorry for interrupting you

13   before.  Thank you for having us here today.

14         What I'd note is, the previous order that you gave,

15   that you mentioned that we were here previously on, was right

16   in the middle of Hurricane Beryl, and I didn't have power, and

17   that's why I didn't do the first --

18         *THE COURT:*  Probably that's why it's a good reason

19   to have local counsel, too, right, to begin with?

20         *MR. DICK:*  Yes.

21         *THE COURT:*  Yeah.

22         Okay.  So, putting that aside, why didn't you

23   mediate with Bryan Bruner as required?

24         *MR. DICK:*  That was an oversight.

25         Me and Colin have a pattern of settling all these

1    cases we've ever done, and we have a pattern of doing it.  And
2    we just got kind of in our mind kind of stuck in a pattern.
3            THE COURT:  Well, you're in my court now, so I don't
4    care about your pattern.
5            MR. DICK:  I know, Your Honor.
6            THE COURT:  Yeah.
7            MR. DICK:  And I realize that and I apologize to the
8    Court.
9            The deadline --
10           THE COURT:  So, now you're messing with my schedule.
11           MR. DICK:  I'm sorry.  I'm sorry, Your Honor.
12           THE COURT:  Okay.
13           MR. DICK:  I'm sorry for doing that.
14           THE COURT:  Thank you.
15           MR. DICK:  I'd note that missing the timeline of
16    filing the report, that was -- we had a calamity in Houston
17    right then.  We had a calamity, we had a freeze where there
18    was -- it was like the most snow we've had in maybe 40 years
19    or something like that and the entire town was shut down.
20           THE COURT:  I would -- I would encourage you, if
21    you're going to take on representation up here, you let your
22    local counsel handle some of this.  I think you demonstrated
23    the reason why we have local counsel.
24           Look, I'm not a mean-hearted person, but you have to
25    comply with the rules.  That's why you have local counsel, to

1   help you through it.

2           You're telling me the first time you had a hurricane

3   and you didn't get notice.  This time, you have a pattern of

4   doing so and you just couldn't get the report filed on time

5   because of the snow and ice in Houston; is that correct?

6           MR. DICK:  Sadly, it's -- and I don't mean to sound

7   --

8           THE COURT:  Did you have a cell phone that works?

9   So, you could have called your local counsel saying, Buddy, I

10  just can't get this done, would you work with Mr. Batchelor

11  over in Dallas, where they don't have snow and ice, and get it

12  on file?

13          MR. DICK:  On Hurricane Beryl my cell phone

14  didn't --

15          THE COURT:  I'm not asking about Hurricane Beryl.

16          MR. DICK:  Yes, Your Honor.

17          THE COURT:  That's buried and we're on to the next

18  show cause.

19          MR. DICK:  Yes, Your Honor.

20          THE COURT:  You didn't do that, did you?

21          MR. DICK:  No, I didn't.  I should have.  I should

22  have leaned more on my local counsel and I apologize.

23          THE COURT:  All right.  Thank you.

24          All right.  Mr. Batchelor, you're up.  It's your

25  opportunity to show cause why you shouldn't be sanctioned.

1          *MR. BATCHELOR:*  Your Honor, thank you.  Good

2    morning.

3          Just so you know, my law partner has been before you

4    before, but this is my first case in this court.  And it

5    doesn't --

6          *THE COURT:*  Well, you should have talked to your law

7    partner, because I bet I've had 25 cases with your firm over

8    the years, and I feel like I've given this speech several

9    times to your firm, and I know I've given it to Meridian

10   Insurance Company.  They came up here and we spent two or

11   three days trying a case, and ended up with a whopping, I

12   think, 30 or $40,000 worth of damages.

13         *MR. BATCHELOR:*  Yes, Your Honor.

14         *THE COURT:*  Did you ask them about that?

15         *MR. BATCHELOR:*  Did I ask who about?

16         *THE COURT:*  Did your ask your client about that?

17         *MR. BATCHELOR:*  About the previous case?

18         *THE COURT:*  Yes, that I had to go to trial on.

19         *MR. BATCHELOR:*  I did not.  I was not aware of it,

20   Your Honor.

21         *THE COURT:*  Okay.  Why didn't you attend mediation

22   in front of Mr. Bruner?  Why didn't you ask your partner, Boy,

23   that Pittman, he sure requires his orders to be complied with.

24         *MR. BATCHELOR:*  I really wish that I would have.  I

25   did not know that was a requirement of the Court, because I

12

1    just overlooked it.  It was a simple mistake.

2              *THE COURT:*  You didn't read the order.

3              *MR. BATCHELOR:*  If I did, I didn't realize.

4              *THE COURT:*  Yeah.

5              *MR. BATCHELOR:*  The moment that we realized that we

6    did not comply with the order was when we got a call -- or I

7    got a call -- and I think he called Eric as well -- from

8    Mr. Bruner asking what was going on.  And that's when I

9    realized, Oh, no, we made a mistake.  I called Eric over the

10   weekend, and we said, We need to amend, which is why we filed

11   an amended order *(sic)* saying we made a mistake.

12             *THE COURT:*  I'm assuming that was prompted by

13   Mr. Bruner?

14             *MR. BATCHELOR:*  It was absolutely prompted by

15   Mr. Bruner.

16             *THE COURT:*  Yeah.

17             *MR. BATCHELOR:*  Because until then, we had no idea

18   that we had run afoul of the Court's order.

19             *THE COURT:*  So it sounds like you just don't have an

20   excuse.

21             Why was the report filed late?

22             *MR. BATCHELOR:*  The same -- the same reason, Your

23   Honor.  That was clerical error.  And I can get into the

24   details about calendaring, but I know you don't want to hear

25   that.  We just switched systems and merged with another firm

1    and it was not on our calendar.  So, I apologize for that as

2    well, but it was a simple error.

3        *THE COURT:*  Okay.  I'm going to take a break.  I'll

4    come back out and make my ruling.

5            *(Short recess taken)*

6        *THE COURT:*  We're back on the record in Ciccone vs.

7    Meridian Insurance Company, Cause Number 4:24-CV-645-P.

8            Before I make my ruling, did I not ask you Mr. Dick,

9    in addition to Ms. Muzaliwa not appearing today in violation

10   of the order setting the hearing that I issued back on the

11   10th, you have an additional counsel that is not here today,

12   Joseph John Synoradzki?

13       *MR. DICK:*  Synoradzki.

14       *THE COURT:*  Where is he?

15       *MR. DICK:*  He's at the Houston office.  I'm sorry

16   he's not here.

17       *THE COURT:*  No. I mean, where is he today?  The

18   Houston office?  Why is he not here, do you know?

19       *MR. DICK:*  I understood that the lead counsel needed

20   to be there, not at -- he's not the lead counsel.

21       *THE COURT:*  Okay.  Let me read specifically from my

22   order.  Consequently, the Court finds it appropriate to set a

23   show cause hearing in this matter for 8:00 a.m., Thursday,

24   February the 13th, 2025, in the fourth floor courtroom of

25   Eldon B. Mahon United States Courthouse.

1          It is ordered, bold, that all counsel, all caps

2    bold, shall come prepared to show cause why they should not be

3    sanctioned for (1) failing to comply with the Court's order to

4    file a mediation report within seven days of completion of

5    mediation; and (2) failing to use the court-appointed mediator

6    or failed to file for leave to use a different mediator.  So,

7    it's all counsel, it didn't say lead counsel.  So, that means

8    I have to have another hearing.

9          But let me make my rulings with regards to why we're

10   here today.  So, pursuant to the Court's February 10th, 2025,

11   order requiring the parties to appear and show cause pursuant

12   to Local Rule 83.8(b), the parties and all counsel were

13   required to show cause why they should not be sanctioned for

14   (1) failing to comply with the Court's order to file a

15   mediation report within seven days of completion of mediation

16   and (2) failing to use a court-appointed mediator or file a

17   motion for leave to use a different mediator.

18         So, here we are, yet again, and guess what, I've

19   still got to have yet another hearing to enforce my rules.  I

20   don't want to go on another lecture about how our dockets look

21   over here, but, to be honest with you, this takes up an

22   inordinate amount of time trying to enforce the rules on these

23   smaller cases.

24         If we want to have these over on this side of town,

25   it behooves everyone to follow the rules to the letter if you

1    want to get your case timely through the system and we don't

2    want to prejudice any other parties that might be in another

3    case, including the Court.

4            So, after having considered the least severe

5    sanction to correct the conduct, the Court makes the following

6    orders:  That the parties and or their counsel did fail to

7    conduct litigation appropriately.  The excuses today do not

8    forgive the conduct.  It's incumbent upon me to try to form a

9    sanction that will help correct this conduct in the future for

10   the failure to comply with the Court's orders and inability to

11   conduct litigation properly in this court.

12           Therefore, the Court is ordering each side to pay a

13   $250 fine, payable by 5:00 p.m. on Friday, February the 14th,

14   to the Clerk of the Court here in Fort Worth, to correct the

15   behavior.

16           I've also reached out to Magistrate Judge Rebecca

17   Rutherford, in Dallas.  I'm ordering the parties to attend a

18   settlement conference/mediation with her today at 1:30.

19   Judge Rutherford's office is at the Federal Building in

20   Dallas, 1100 Commerce Street, Room 1376W.  She is in room

21   1306, Dallas, Texas 75242.  Her phone number for her chambers

22   is 714-753-2410 *(sic)*.  She knows you-all are on your way.

23           And because we have two attorneys, Mr. Synoradzki

24   with the Dick Firm, and Ms. Muzaliwa -- by the way,

25   Mr. Batchelor, she needs to change her membership status with

1    the bar here.  My indications, on our file, is that she's

2    based out of Clyde & Company in Irving, you indicated she's

3    based out of Houston.  Nonetheless, the Court will be

4    conducting a show cause hearing ordering those two attorneys

5    to appear and show cause why they should not be sanctioned for

6    failure to comply with the February 10th, 2025, show cause

7    order.  And that hearing will be conducted on Thursday,

8    February the 17th, at 8:00 a.m.  We'll be issuing that today

9    for those two attorneys.

10          Good luck on settling your case.  Judge Rutherford

11   is expecting you.  And we'll have this order entered, and

12   you-all can go down right now and pay your $250 fine.

13          Stand adjourned.

14              *(Proceedings Adjourned)*

15

16

17

18

19

20

21

22

23

24

25

1                          REPORTER'S CERTIFICATE

2

3        I, Monica Willenburg Guzman, CSR, RPR, certify

4    that the foregoing is a true and correct transcript from

5    the record of proceedings in the foregoing entitled matter.

6        I further certify that the transcript fees format

7    comply with those prescribed by the Court and the Judicial

8    Conference of the United States.

9        Signed this 12th day of May, 2025.

10

11                         /s/Monica Willenburg Guzman
                           Monica Willenburg Guzman, CSR, RPR
12                         Texas CSR No. 3386
                           NCRA No. 32278
13                         Official Court Reporter
                           The Northern District of Texas
14                         Fort Worth Division

15

16   CSR Expires:        7/31/2025

17   Business Address:   501 W. 10th Street, Room 310
                         Fort Worth, Texas  76102
18
     Telephone:          817.850.6681
19
     E-Mail Address:     mguzman.csr@yahoo.com
20

21

22

23

24

25

MR. ARNOLD: [17] 3/18 6/12
6/14 6/17 6/19 7/4 11/1 11/13 11/15
11/17 11/19 11/24 12/3 12/5 12/14
12/17 12/22
MR. DICK: [20]
THE COURT: [40]

**$**

$250 [2] 15/13 16/12
$40,000 [1] 11/12

**/**

/s/Monica [1] 17/11

**1**

100 [1] 1/16
10th [5] 1/22 13/11 14/10 16/6 17/17
1100 [1] 15/20
12th [1] 17/9
13 [2] 1/6 3/2
1306 [1] 15/20
1376W [1] 15/20
13th [1] 13/24
14th [2] 5/7 15/13
16th [1] 7/20
17th [1] 16/8
1:30 [1] 15/18

**2**

20 [1] 7/23
2024 [1] 5/7
2025 [8] 1/6 3/2 4/1 13/24 14/10 16/6
17/9 17/16
214.459.2845 [1] 1/17
214.492.5720 [1] 1/21
2410 [1] 15/22
25 [1] 11/7

**3**

30 [1] 11/12
310 [2] 1/22 17/17
32278 [1] 17/12
3386 [1] 17/12
3701 [1] 1/13

**4**

40 [1] 9/18
4:24-CV-00645-P [1] 1/4
4:24-CV-645-P [1] 3/4 13/7

**5**

501 [2] 1/22 17/17
560 [1] 1/20
5605 [1] 1/19
5:00 [1] 15/13

**7**

7/31/2025 [1] 17/16
714-753-2410 [1] 15/22
75038 [1] 1/20
75201 [1] 1/17
75242 [1] 15/21
76102 [2] 1/23 17/17
77092 [1] 1/13
7th [2] 1/16 4/1

**8**

8 [2] 3/13
811.859.668 [12] 1/2/1/25
83.8 [1] 14/12
844.447.3234 [1] 1/14
8:00 [2] 13/23 16/8
8:15 [2] 1/7 3/2

**A**

a.m [4] 1/7 3/2 13/23 16/8
about [12] 4/13 6/24 7/23 7/23 9/4
10/15 11/14 11/15 11/16 11/17 12/24
14/20
absolutely [1] 12/14
action [1] 8/5
actions [1] 8/4
actually [2] 4/24 5/18
addition [1] 13/9
additional [1] 13/11
Address [2] 17/17 17/19
adjourned [2] 16/13 16/14
advantage [1] 7/11
afoul [1] 12/18
after [1] 15/4
again [1] 14/18
against [3] 7/1 8/4 8/5
all [17] 3/15 3/15 3/21 3/25 4/4 4/22
6/3 6/9 8/25 10/23 10/24 14/1 14/1
14/7 14/12 15/22 16/12
allowed [1] 8/2
also [6] 3/8 3/19 6/8 6/9 7/8 15/16
amend [3] 4/14 4/15 12/10
amended [3] 4/18 4/23 12/11
amendment [1] 4/13
amount [1] 14/22
another [6] 5/23 12/25 14/8 14/19
14/20 15/2
Antonio [2] 4/25 5/1
any [4] 5/11 8/4 8/6 15/2
anybody [1] 6/24
anything [1] 4/15
apologize [3] 9/7 10/22 13/1
appear [4] 6/9 6/18 14/11 16/5
appearance [2] 8/2 8/2
appearing [1] 13/9
appointed [2] 14/5 14/16
appropriate [2] 8/4 13/22
appropriately [1] 15/7
are [4] 3/12 8/8 14/18 15/22
ARNOLD [3] 1/15 1/15 3/13
aside [1] 8/22
ask [6] 4/8 11/14 11/15 11/16 11/22
13/8
asking [2] 10/15 12/8
assuming [3] 4/19 4/22 12/12
assure [2] 5/25 7/16
attend [2] 11/21 15/17
attention [1] 4/17
attorney [2] 3/7 8/4
attorneys [3] 15/23 16/4 16/9
August [1] 5/7
authority [2] 3/9 3/20
aware [1] 11/19

**B**

back [4] 5/7 13/4 13/6 13/10
bad [1] 7/10
bar [3] 8/5 8/6 16/1

**based [2]** 16/2 16/3
BATCHELOR [6] 1/18 3/18 6/10 10/10
10/24 15/25
be [16] 3/16 4/7 6/5 6/25 8/12 10/25
11/23 13/20 14/2 14/13 14/21 15/2
16/3 16/5 16/7 16/8
Beaumont [1] 5/13
because [7] 5/7 5/15 10/5 11/7 11/25
12/17 15/23
been [4] 3/22 4/4 6/23 11/3
before [7] 1/9 3/25 7/8 8/13 11/3 11/4
13/8
begin [1] 8/19
Beginning [1] 7/23
behalf [1] 3/18
behavior [1] 15/15
behooves [1] 14/25
being [1] 7/2
believe [1] 6/10
Beryl [3] 8/16 10/13 10/15
bet [1] 11/7
better [1] 6/5
bigger [1] 5/14
bit [1] 5/3
Blvd [1] 1/19
bold [2] 14/1 14/2
Boy [1] 11/22
break [1] 13/3
Brookwoods [1] 1/13
brought [1] 3/8
Bruner [8] 3/25 4/19 6/1 8/23 11/22
12/8 12/13 12/15
Bryan [2] 3/25 8/23
Buddy [1] 10/9
Building [1] 15/19
buried [1] 10/17
busiest [1] 5/9
Business [1] 17/17
busy [2] 7/19 7/21

**C**

calamity [2] 9/16 9/17
calendar [1] 13/1
calendaring [1] 12/24
call [2] 12/6 12/7
called [4] 4/19 10/9 12/7 12/9
came [2] 5/5 11/10
can [5] 5/25 7/16 8/3 12/23 16/12
can't [1] 10/10
caps [1] 14/1
care [2] 6/15 9/4
case [16] 1/4 3/22 3/24 4/14 5/21 5/25
6/6 6/10 6/22 7/1 11/4 11/11 11/17
15/1 15/3 16/10
cases [8] 5/1 5/25 7/9 7/18 7/25 9/1
11/7 14/23
cause [16] 1/8 3/3 3/23 5/7 6/8 8/3
10/18 10/25 13/7 13/23 14/2 14/11
14/13 16/4 16/5 16/6
caused [1] 4/16
cell [2] 10/8 10/13
certain [1] 6/3
certainly [1] 4/16
CERTIFICATE [1] 17/1
certify [2] 17/3 17/6
chambers [1] 15/21
change [1] 15/25

## C

SIOCONE [3]   1/19 16/2 3/8

civil [1]   7/25
clerical [1]   12/23
Clerk [1]   15/14
client [1]   11/16
clients [1]   3/8
close [1]   4/16
Clyde [2]   1/19 16/2
co [1]   6/10
co-counsel [1]   6/10
COLIN [3]   1/18 3/18 8/25
come [2]   13/4 14/2
comes [1]   5/25
Commerce [1]   15/20
COMPANY [6]   1/7 1/9 3/5 11/10 13/7 16/2
complaint [2]   4/13 4/16
completion [2]   14/4 14/15
complied [2]   4/20 11/23
comply [10]   7/19 8/6 8/10 9/25 12/6 14/3 14/14 15/10 16/6 17/7
computer [1]   1/25
conduct [7]   8/5 8/7 15/5 15/7 15/8 15/9 15/11
conducted [1]   16/7
conducting [1]   16/4
conference [2]   15/18 17/8
conference/mediation [1]   15/18
Consequently [1]   13/22
consider [1]   6/4
considered [1]   15/4
consumer [1]   7/18
conversation [1]   7/8
correct [6]   4/7 10/5 15/5 15/9 15/14 17/4
could [1]   10/9
couldn't [1]   10/4
counsel [20]
country [1]   5/11
County [3]   7/13 7/14 7/20
court [27]
Court's [6]   3/9 12/18 14/3 14/10 14/14 15/10
court-appointed [2]   14/5 14/16
Courthouse [1]   13/25
courtroom [1]   13/24
craters [1]   5/16
Crescent [1]   1/16
criminal [1]   7/24
CSR [5]   1/22 17/3 17/11 17/12 17/16
CV [3]   1/4 3/4 13/7

## D

Dallas [6]   1/17 7/14 10/11 15/17 15/20 15/21
damages [1]   11/12
day [4]   3/10 7/24 7/24 17/9
days [6]   4/18 4/22 6/4 11/11 14/4 14/15
deadline [1]   9/9
DEFENDANT [1]   1/18
defense [1]   3/17
demonstrated [1]   9/22
details [1]   12/24
DICK [8]   1/12 1/12 3/7 5/4 5/20 8/9 13/8 15/24

## did [14]
did [14]   4/3 4/24 6/19 10/8 10/20 11/14 11/15 11/16 11/19 11/25 12/3 12/6 13/8 15/6
didn't [17]   4/8 5/8 5/21 6/18 8/9 8/16 8/17 8/22 10/3 10/14 10/20 10/21 11/21 11/22 12/2 12/3 14/7
different [3]   5/3 14/6 14/17
disciplinary [2]   8/3 8/5
district [7]   1/1 1/2 1/9 5/19 7/20 7/21 17/13
division [4]   1/3 5/10 5/11 17/14
do [10]   3/6 3/17 5/2 5/13 6/2 6/3 8/17 10/20 13/18 15/7
docket [5]   5/4 5/9 5/15 7/19 7/22
dockets [1]   14/20
doesn't [1]   11/5
doing [4]   4/9 9/1 9/13 10/4
don't [17]   4/15 5/1 5/15 6/11 6/15 7/6 7/12 7/12 7/17 7/25 9/3 10/6 10/11 12/19 12/24 14/20 15/1
done [3]   6/6 9/1 10/10
down [2]   9/19 16/12

## E
E-Mail [2]   1/24 17/19
each [1]   15/12
either [1]   6/22
Eldon [1]   13/25
encourage [1]   9/20
ended [1]   11/11
ends [1]   7/2
enforce [2]   14/19 14/22
enough [1]   4/5
entered [1]   16/11
entire [2]   5/11 9/19
entitled [1]   17/5
ERIC [4]   1/12 3/7 12/7 12/9
error [2]   12/23 13/2
ever [1]   9/1
Every [1]   7/1
everyone [1]   14/25
excuse [1]   12/20
excuses [1]   15/7
expecting [1]   16/11
Expires [1]   17/16
extremely [1]   7/21

## F
fail [1]   15/6
failed [2]   6/22 14/6
failing [4]   14/3 14/5 14/14 14/16
failure [3]   8/6 15/10 16/6
fast [1]   5/14
FEBRUARY [8]   1/6 3/2 4/1 13/24 14/10 15/13 16/6 16/8
Federal [2]   5/12 15/19
feel [1]   11/8
fees [1]   17/6
file [7]   3/25 10/12 14/4 14/6 14/14 14/16 16/1
filed [5]   4/1 4/22 10/4 12/10 12/21
filing [1]   9/16
find [1]   4/20
finds [1]   13/22
fine [2]   15/13 16/12
firm [5]   1/12 11/7 11/9 12/25 15/24
first [4]   5/22 8/17 10/2 11/4

## floor [2]   1/16 13/24
floor [2]   1/16 13/24
flounder [1]   7/7
follow [1]   14/25
following [1]   15/5
foregoing [2]   17/4 17/5
forgive [1]   15/8
form [1]   15/8
format [1]   17/6
FORT [10]   1/3 1/5 1/23 5/1 5/3 5/3 5/13 15/14 17/14 17/17
found [1]   5/17
fourth [1]   13/24
freeze [1]   9/17
Friday [1]   15/13
front [3]   5/6 6/23 11/22
full [2]   3/8 3/20
further [1]   17/6
future [1]   15/9

## G
gang [1]   3/21
gave [1]   8/14
get [8]   5/20 7/11 10/3 10/4 10/10 10/11 12/23 15/1
give [1]   6/3
given [2]   11/8 11/9
giving [1]   8/1
go [3]   11/18 14/20 16/12
going [6]   7/9 7/9 7/18 9/21 12/8 13/3
good [6]   5/2 7/10 7/17 8/18 11/1 16/10
got [6]   5/21 7/23 9/2 12/6 12/7 14/19
guess [1]   14/18
GUZMAN [4]   1/22 17/3 17/11 17/11

## H
had [18]
hailstorm [2]   5/25 7/18
half [1]   7/23
handle [2]   6/1 9/22
Harris [2]   7/13 7/20
has [4]   3/22 5/4 5/11 11/3
have [42]
having [5]   3/10 3/10 7/11 8/13 15/4
he [7]   4/20 6/13 11/23 12/7 13/14 13/17 13/18
he's [3]   13/15 13/16 13/20
hear [1]   12/24
heard [1]   8/12
hearing [11]   1/8 3/23 5/5 5/16 6/9 13/10 13/23 14/8 14/19 16/4 16/7
hearted [1]   9/24
help [2]   10/1 15/9
her [4]   15/18 15/21 15/21 15/25
here [23]
him [1]   4/21
his [1]   11/23
honest [1]   14/21
honestly [2]   5/20 6/19
Honor [14]   3/11 4/7 4/9 6/19 7/4 8/11 9/5 9/11 10/16 10/19 11/1 11/13 11/20 12/23
HONORABLE [1]   1/9
Houston [8]   1/13 6/14 6/17 9/16 10/5 13/15 13/18 16/3
how [3]   5/19 6/1 14/20
hurricane [4]   8/16 10/2 10/13 10/15

## I

**I'm [16]**  4/9 4/11 4/19 4/21 5/2 7/10 8/12 9/11 9/11 9/13 9/24 10/15 12/12 13/3 13/15 15/17
**I've [8]**  4/4 7/1 7/23 11/7 11/8 11/9 14/18 15/16
**ice [2]**  10/5 10/11
**idea [1]**  12/17
**important [1]**  5/18
**impose [1]**  8/3
**inability [2]**  8/7 15/10
**including [1]**  15/3
**incumbent [1]**  15/8
**INDEX [1]**  2/1
**indicate [3]**  4/3 4/12 4/24
**indicated [3]**  4/5 5/15 16/2
**indications [1]**  16/1
**inordinate [1]**  14/22
**INSURANCE [5]**  1/7 3/4 7/2 11/10 13/7
**interrupting [1]**  8/12
**Irving [2]**  1/20 16/2
**is [26]**
**isn't [3]**  7/13 7/13 7/14
**issue [1]**  5/6
**issued [1]**  13/10
**issuing [1]**  16/8
**it [23]**
**it's [7]**  4/19 5/18 8/18 10/6 10/24 14/7 15/8

## J

**Johali [1]**  6/12
**John [1]**  13/12
**joint [1]**  4/1
**Joseph [1]**  13/12
**JUDGE [4]**  1/9 15/16 15/19 16/10
**judges [8]**  5/10 5/12 5/12 5/17 5/19 6/1 7/12 7/17
**Judicial [1]**  17/7
**juries [3]**  5/18 6/1 7/17
**just [9]**  4/9 7/6 9/2 10/4 10/10 11/3 12/1 12/19 12/25

## K

**kind [2]**  9/2 9/2
**know [12]**  5/18 6/24 7/2 7/6 7/12 7/17 9/5 11/3 11/9 11/25 12/24 13/18
**knows [2]**  6/1 15/22

## L

**large [1]**  5/25
**largest [1]**  5/10
**last [1]**  5/15
**late [1]**  12/21
**later [2]**  4/18 4/22
**law [4]**  1/12 1/15 11/3 11/6
**lead [4]**  3/7 13/19 13/20 14/7
**leaned [1]**  10/22
**least [1]**  15/4
**leave [2]**  14/6 14/17
**leaving [1]**  7/7
**lecture [1]**  14/20
**let [3]**  9/21 13/21 14/9
**letter [2]**  7/20 14/25
**Liberty [3]**  7/4 7/5 7/10

**like [7]**  3/22 6/1 7/9 9/18 9/19 11/8 12/19
**litigation [2]**  8/7 15/14
**little [1]**  5/3
**lives [2]**  6/14 6/15
**local [12]**  3/13 5/8 5/21 6/22 8/1 8/19 9/22 9/23 9/25 10/9 10/22 14/12
**long [1]**  4/4
**look [2]**  9/24 14/20
**lot [1]**  5/13
**luck [1]**  16/10

## M

**MacArthur [1]**  1/19
**made [2]**  12/9 12/11
**Magistrate [1]**  15/16
**Mahon [1]**  13/25
**Mail [2]**  1/24 17/19
**make [4]**  8/4 13/4 13/8 14/9
**makes [1]**  15/5
**many [1]**  5/24
**MARK [1]**  1/9
**matter [5]**  3/3 3/4 3/21 13/23 17/5
**may [3]**  3/16 5/4 17/9
**maybe [3]**  6/5 7/14 9/18
**me [9]**  4/5 4/16 4/24 6/23 8/25 10/2 13/21 14/9 15/8
**mean [3]**  9/24 10/6 13/17
**mean-hearted [1]**  9/24
**means [1]**  14/7
**mechanical [1]**  1/25
**mediate [4]**  3/25 4/24 5/1 8/23
**mediated [1]**  4/4
**mediating [1]**  5/23
**mediation [9]**  4/2 4/21 4/25 11/21 14/4 14/5 14/15 14/15 15/18
**mediator [9]**  4/5 4/25 5/2 6/4 6/5 14/5 14/6 14/16 14/17
**mediators [3]**  5/2 5/18 6/24
**Melissa [1]**  3/19
**member [2]**  8/5 8/6
**membership [1]**  15/25
**mentioned [1]**  8/15
**merged [1]**  12/25
**MERIDIAN [7]**  1/6 3/4 3/19 3/19 7/1 11/9 13/7
**messed [1]**  7/2
**messing [1]**  9/10
**mguzman.csr [2]**  1/24 17/19
**MICHELE [1]**  1/4
**middle [1]**  8/16
**might [2]**  6/5 15/2
**mind [1]**  9/2
**minutes [1]**  7/23
**missing [2]**  5/22 9/15
**mistake [3]**  12/1 12/9 12/11
**moment [1]**  12/5
**MONICA [4]**  1/22 17/3 17/11 17/11
**more [1]**  10/22
**Moreover [1]**  9/11
**morning [2]**  3/11 11/2
**most [1]**  9/18
**motion [2]**  4/14 14/17
**Mr [16]**  4/19 5/2 5/4 5/20 6/1 6/10 8/9 10/10 10/24 11/22 12/8 12/13 12/15 13/8 15/23 15/25
**Ms [2]**  13/9 15/24

**Mutual [1]**  7/4 7/5 7/11
**Muzaliwa [3]**  6/12 13/9 15/24
**my [11]**  3/8 3/22 4/8 8/11 8/19 9/3 9/10 10/13 10/22 11/3 11/4 13/4 13/8 13/21 14/9 14/19 16/1

## N

**NCRA [1]**  17/12
**need [2]**  7/19 12/10
**needed [3]**  4/14 6/9 13/19
**needs [1]**  15/25
**next [2]**  3/3 10/17
**no [9]**  1/4 4/21 7/4 10/21 12/9 12/17 13/17 17/12 17/12
**Nonetheless [1]**  16/3
**NORTHERN [2]**  1/2 17/13
**not [24]**
**note [2]**  6/8 8/14 9/15
**noted [1]**  4/3
**notes [1]**  5/6
**notice [2]**  8/2 10/3
**now [6]**  6/17 7/3 9/3 9/10 16/12
**number [2]**  3/3 5/12 6/4 13/7 15/21
**numerous [1]**  6/23

## O

**object [1]**  6/4
**Obviously [1]**  5/13
**office [3]**  13/15 13/18 15/19
**Official [1]**  17/13
**Oh [1]**  12/9
**Okay [7]**  4/10 7/5 8/22 9/12 11/21 13/3 13/21
**one [1]**  4/21
**only [2]**  5/10 5/11
**operate [1]**  5/19
**opportunity [3]**  8/3 8/12 10/25
**order [19]**
**ordered [2]**  4/6 14/1
**ordering [3]**  15/12 15/17 16/4
**orders [5]**  3/9 6/23 11/23 15/6 15/10
**other [4]**  5/17 7/13 7/14 15/2
**ought [2]**  6/24 6/25
**our [7]**  6/1 7/12 7/19 9/2 13/1 14/20 16/1
**out [7]**  4/20 6/3 6/5 13/4 15/16 16/2 16/3
**overlooked [1]**  12/1
**oversight [1]**  8/24
**owned [1]**  7/3

## P

**p.m [1]**  15/13
**PAGE [1]**  2/2
**parties [8]**  4/1 4/18 8/2 14/11 14/12 15/2 15/6 15/17
**partner [3]**  11/3 11/7 11/22
**pattern [3]**  8/25 9/1 9/2 9/4 10/3
**pay [3]**  4/16 15/12 16/12
**payable [1]**  15/13
**pending [2]**  4/13 4/15
**people [1]**  6/22
**person [1]**  9/24
**phone [3]**  10/8 10/13 15/21
**PITTMAN [2]**  1/9 11/23
**places [2]**  5/14 7/14
**plaintiff [1]**  1/12 3/6

**P**

Plaintiff's [1] 2/10
PLLC [1] 1/12
population [1] 5/10
power [1] 8/16
practicing [1] 7/15
prejudice [1] 15/2
prepared [1] 14/2
prescribed [1] 17/7
present [1] 3/19
previous [5] 3/22 5/5 5/6 8/14 11/17
previously [1] 8/15
probably [2] 4/5 8/18
proceedings [3] 1/25 16/14 17/5
produced [1] 1/25
Progressive [2] 7/3 7/6
prompted [2] 12/12 12/14
prompting [1] 4/19
properly [2] 8/8 15/11
pursuant [3] 3/9 14/10 14/11
putting [1] 8/22

**Q**

quite [2] 5/20 6/19

**R**

rather [1] 4/23
reached [1] 15/16
read [3] 6/22 12/2 13/21
realize [3] 5/24 9/7 12/3
realized [2] 12/5 12/9
really [2] 5/14 11/24
reason [5] 4/22 5/21 8/18 9/23 12/22
Rebecca [1] 15/16
recess [1] 13/5
record [2] 13/6 17/5
regarding [1] 4/2
regards [1] 14/9
remainder [1] 7/24
remove [2] 7/9 7/18
report [9] 3/25 4/2 4/19 4/23 9/16 10/4
 12/21 14/4 14/15
reported [1] 1/25
REPORTER [2] 1/22 17/13
REPORTER'S [1] 16/15
representation [1] 9/21
required [4] 3/24 6/9 8/23 14/13
requirement [2] 6/24 11/25
requirements [1] 5/23
requires [1] 11/23
requiring [1] 14/11
respects [1] 5/24
result [1] 4/23
results [1] 4/2
reviewing [1] 4/3
RICHARD [3] 1/15 1/15 3/13
right [10] 3/15 3/15 3/21 6/17 8/15
 8/19 9/17 10/23 10/24 16/12
room [4] 1/22 15/20 15/20 17/17
RPR [3] 1/22 17/3 17/11
rule [3] 4/14 5/23 14/12
rules [7] 6/22 7/19 8/1 9/25 14/19
 14/22 14/25
ruling [2] 13/4 13/8
rulings [1] 14/9
run [2] 5/14 12/18
Rutherford [2] 15/17 16/10

**S**

Rutherford's [1] 15/19

Sadly [1] 10/6
said [2] 4/21 12/10
same [4] 5/12 5/20 12/22 12/22
San [2] 4/25 5/1
sanction [2] 15/5 15/9
sanctioned [4] 10/25 14/3 14/13 16/5
say [2] 8/1 14/7
saying [2] 10/9 12/11
schedule [1] 9/10
scheduled [2] 3/22 4/21
scheduling [1] 3/24
seated [1] 3/16
SECURITY [1] 1/6
seeking [1] 4/15
seemed [1] 4/12
sentencings [1] 7/24
set [1] 13/22
setting [2] 6/8 13/10
settlement [3] 3/8 3/20 15/18
settling [2] 8/25 16/10
seven [2] 14/4 14/15
several [1] 11/8
severe [1] 15/4
shall [1] 14/2
she [7] 6/14 6/15 6/16 6/18 15/20
 15/22 15/25
she's [3] 6/17 16/1 16/2
Short [1] 13/5
should [6] 10/21 10/21 11/6 14/2
 14/13 16/5
shouldn't [1] 10/25
show [14] 1/8 3/23 5/7 6/8 8/3 10/18
 10/25 13/23 14/2 14/11 14/13 16/4
 16/5 16/6
shut [1] 9/19
sic [4] 4/3 6/13 12/11 15/22
side [3] 7/13 14/24 15/12
Signed [1] 17/9
simple [2] 12/1 13/2
small [1] 7/18
smaller [1] 14/23
snow [3] 9/18 10/5 10/11
some [4] 4/16 7/11 9/22
something [3] 4/13 7/2 9/19
somewhat [1] 3/21
sorry [7] 4/9 4/11 8/12 9/11 9/11 9/13
 13/15
sound [1] 10/6
sounds [1] 12/19
Sparr [2] 4/25 5/2
speak [1] 4/8
specifically [2] 8/1 13/21
speech [1] 11/8
spent [1] 11/10
Stand [1] 16/13
start [1] 8/9
STATES [6] 1/1 1/9 5/9 7/21 13/25
 17/8
status [5] 4/1 4/18 4/23 4/23 15/25
stenography [1] 1/25
still [1] 14/19
Street [3] 1/22 15/20 17/17
stuck [1] 9/2
Suite [1] 1/20

**S**

sure [3] 5/2 7/10 11/23
switched [1] 12/25
Symoradzki [3] 13/12 13/13 15/23
system [1] 15/1
systems [1] 12/25

**T**

take [4] 7/10 7/25 9/21 13/3
taken [1] 13/5
takes [1] 14/21
talked [1] 11/6
Telephone [5] 1/14 1/17 1/21 1/23
 17/18
telling [1] 10/2
tend [2] 5/14 5/19
TEXAS [10] 1/2 1/5 1/13 1/17 1/20
 1/23 15/21 17/12 17/13 17/17
than [1] 5/14
thank [8] 3/9 3/10 3/15 8/11 8/13 9/14
 10/23 11/1
that [56]
that's [9] 6/2 6/6 6/21 6/21 8/17 8/18
 9/25 10/17 12/8
their [3] 4/18 7/17 15/6
them [3] 7/7 7/11 11/14
then [5] 3/25 5/22 7/24 9/17 12/17
there [3] 7/16 9/17 13/20
Therefore [1] 15/12
these [3] 8/25 14/22 14/24
they [8] 5/12 7/11 7/12 10/11 11/10
 14/2 14/13 16/5
they're [2] 7/2 7/6
thing [1] 5/16
things [2] 5/3 6/2
think [5] 5/4 6/5 9/22 11/12 12/7
thinking [1] 7/17
thinks [1] 7/11
third [1] 6/21
this [33]
those [3] 5/14 16/4 16/9 17/7
three [3] 4/18 4/22 11/11
through [3] 5/8 10/1 15/1
Thursday [2] 13/23 16/7
time [7] 5/22 6/21 7/25 10/2 10/3 10/4
 14/22
timeline [1] 9/15
timely [1] 15/1
times [2] 6/23 11/9
today [12] 3/22 5/22 6/7 6/9 8/13 13/9
 13/11 13/17 14/10 15/7 15/18 16/8
told [1] 5/4
Tomlinson [1] 3/19
too [1] 8/19
town [4] 6/5 5/13 9/19 14/24
transcript [4] 1/8 1/25 17/4 17/6
trial [1] 11/18
trouble [2] 5/20 5/21
true [1] 17/4
trust [1] 7/12
try [1] 15/8
trying [2] 11/11 14/22
two [6] 5/10 5/11 11/10 15/23 16/4
 16/9
Tyler [1] 5/13

**U**

unbecoming [1] 8/6

**U**

understood [1] 16/12

unique [1]  5/4
UNITED [6]  1/1 1/9 5/9 7/21 13/25 17/8
until [1]  12/17
up [9]  7/1 7/2 7/2 7/25 9/21 10/24 11/10 11/11 14/21
upon [3]  4/15 8/1 15/8
us [2]  3/11 8/13
use [5]  5/18 14/5 14/6 14/16 14/17
used [3]  4/5 7/14 7/16

**V**

violation [1]  13/9
VOL [1]  2/2
VOLUME [1]  1/8
vs [3]  1/5 3/4 13/6

**W**

want [5]  12/24 14/20 14/24 15/1 15/2
was [20]
wasn't [1]  6/6
way [2]  15/22 15/24
we [36]
we'll [3]  8/9 16/8 16/11
we're [4]  3/10 10/17 13/6 14/9
we've [3]  7/8 9/1 9/18
weekend [1]  12/10
well [6]  5/17 7/5 9/3 11/6 12/7 13/2
went [1]  5/8
were [2]  8/15 14/12
what [6]  7/3 7/7 7/17 8/14 12/8 14/18
whatever [1]  7/6
when [4]  5/5 5/25 12/6 12/8
where [8]  6/13 6/15 6/15 7/14 9/17 10/11 13/14 13/17
whether [1]  4/20
which [2]  4/4 12/10
who [7]  3/6 3/12 3/17 4/3 4/19 4/24 11/15
whopping [1]  11/11
why [22]
will [3]  15/9 16/3 16/7
WILLENBURG [4]  1/22 17/3 17/11 17/11
wish [1]  11/24
within [2]  14/4 14/15
wonderful [1]  3/10
work [2]  7/16 10/10
works [1]  10/8
worth [11]  1/3 1/5 1/23 5/1 5/3 5/3 5/13 11/12 15/14 17/14 17/17
would [5]  4/7 9/20 9/20 10/10 11/24

**Y**

yahoo.com [2]  1/24 17/19
Yeah [4]  8/21 9/6 12/4 12/16
years [2]  9/18 11/8
Yes [6]  6/12 8/20 10/16 10/19 11/13 11/18
yet [2]  14/18 14/19
you [73]
you're [11]  5/22 6/6 7/8 7/9 7/14 7/18 9/3 9/10 9/21 10/2 10/24
you've [1]  6/23
you-all [6]  3/25 4/4 4/22 6/3 15/22

your [28]